UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-157-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| LISA BUZA HILL, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se request for sentence reduction under USSC Amendment 821. (Doc. Nos. 38, 39).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 30 days the Government shall file a response to Defendant's pro se request for sentence reduction under USSC Amendment 821.

Max O. Cogburn Jr
United States District Judge